IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMIE LADAE KELLY, # 310938, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-793-WKW |
| | ) [WO] |
| WARDEN JOHN CROW, | ) |
| WARDEN MONICA McCOY, | ) |
| CAPTAIN DANZEY, | ) |
| LT. J. SHEPARD, and | ) |
| LT. McCOVERY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On May 24, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 20.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 17th day of June, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE